ACCEPTED
04-15-00272-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/4/2015 3:22:12 PM
KEITH HOTTLE
CLERK

NO. 04-15-00272-CV

IN THE FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
9/4/2015 3:22:12 PM
KEITH E. HOTTLE
Clerk

KYU IM ROBINSON,
APPELLANT,

V.

JESS L. MAYFIELD, TRUSTEE, ET AL.,
APPELLEES

ON APPEAL FROM THE 131ST JUDICIAL DISTRICT COURT
BEXAR COUNTY, TEXAS
HON. RENEE A. YANTA, JUDGE PRESIDING

## FIRST AMENDED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR APPELLEES

**RICHIE & GUERINGER, P.C.**

GAY GUERINGER
State Bar No. 08571400
KATHERINE J. WALTERS
State Bar No. 00785174
112 East Pecan Street, Suite 1420
San Antonio, Texas 78205
Telephone:  210-220-1080
Facsimile: 210-220-1088
Email: ggueringer@rg-sanantonio.com
Email: kwalters@rg-austin.com
**ATTORNEYS FOR APPELLEES**

IN THE FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS

KYU IM ROBINSON,
APPELLANT,

V.

JESS L. MAYFIELD, TRUSTEE, ET AL.,
APPELLEES

ON APPEAL FROM THE 131ST JUDICIAL DISTRICT COURT
BEXAR COUNTY, TEXAS
HON. RENEE A. YANTA, JUDGE PRESIDING

## FIRST AMENDED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR APPELLEES

**TO THE HONORABLE JUDGES OF THE COURT OF APPEALS:**

Pursuant to Texas Rule of Appellate Procedure 6.5, Appellees' Counsel, Richie & Gueringer, P.C., files this their First Amended Motion for Leave to Withdraw As Counsel of Record for Appellees, William P. Riddick, Individually, and sued as Trustee of the Wm. P. Riddick – 76 Trust.

1.    Richie & Gueringer, P.C. has been representing Appellees in this appeal. Good cause exists for withdrawal of Movant as counsel in that this firm is

unable to effectively communicate with Appellees in a manner consistent with good attorney-client relations.

2.      Counsel's Motion to Withdraw is based in part on the fact that it is no longer able to effectively communicate with its clients.  Until just recently, counsel communicated only with Mr. William P. Riddick, acting in his individual capacity as well as in his capacity as Trustee for the four trusts, together which make up and are referred to as the Wm. P. Riddick—76 Trusts.  On June 15, 2015, Mr. Riddick's appointment as Trustee expired.  To counsel's knowledge, no successor trustee has been appointed.  The beneficiaries, whether among themselves or with Mr. Riddick, individually, do not speak with one voice, and counsel is not otherwise able to effectively communicate with them.  Additionally, and despite requests otherwise, counsel remains unpaid for fees incurred from December 2014 through June 20, 2015.

3.      Current Deadlines.  As of the date of this filing, the only deadline pending in this appeal is that of the deadline for filing Appellees' Brief, which is due on or before September 21, 2015. Counsel has this date also requested an additional extension for the filing of Appellee's Brief to October 21, 2015, but that request has not yet been docketed as received or ruled on.

Appellees' Contact Information[1]:

Mr. William P. Riddick
P.O. Box 12430
San Antonio, Texas  78212
Telephone:  210-264-4265
Email:  viejoriddick@gmail.com

Beneficiaries under the Wm P. Riddick – 76 Trusts, Cynthia Riddick Marmolejo 76 Trust, Patricia Swann Riddick 76 Trust, William McDonald Riddick 76 Trust, and Warren Pretlow Riddick 76 Trust
P.O. Box 12430
San Antonio, Texas  78212

Ms. Cynthia Riddick Marmolejo
230 Country Lane
San Antonio, Texas  78209-2230
Telephone:  210-363-2379
Email: cmarmolejo@satx.rr.com

Ms. Patricia Riddick Nathan (f/k/a Patricia Swann Riddick)
402 N Weston Ln
Austin, Texas  78733-4214
Telephone:  512-784-8422
Email: nathantica@gmail.com

Mr. William McDonald Riddick
2023 Elm Shadow
San Antonio, Texas  78230
Telephone:  210-415-9778
Email: mac@riddick-rental-properties.com

---

[1] Counsel was working only through Mr. Riddick in his capacity as Trustee.  Therefore, except for beneficiaries' email addresses and the P.O. Box in care of the Trustee of the Wm. P. Riddick—76 Trusts, counsel did not have any direct addresses for the beneficiaries of the four (4) trusts comprising the Wm. P. Riddick—76 Trusts.  Counsel researched the direct addresses for the beneficiaries; the results of such research are the addresses included in this Motion.  Additionally, counsel emailed the beneficiaries requesting confirmation of the correct physical addresses but as of the filing of this Amended Motion has not yet received confirmation. However, based on prior email communications from the beneficiaries and Mr. Wm. P. Riddick, counsel is aware 4 of the 5 received the prior filing and has no reason to believe that Ms. Cynthia Marmolejo did not also receive the prior filing.  However, and out of an abundance of caution, counsel is sending this First Amended Motion to each of the beneficiaries and to Mr. Wm. P. Riddick via Certified Mail Return Receipt Requested, First Class Mail and email.

Mr. Warren Pretlow Riddick
3413 Bryn Mawr Dr
Dallas, Texas 75225
Telephone: 214-870-4457
Email: priddick@criteriondp.com

4.     A copy of this motion has been delivered to Appellees and Appellees have been notified in writing, via first class mail and certified mail/return receipt requested and via email, of their right to object to this motion. One beneficiary has indicated an objection to the prior filing of this motion.

5.     For these reasons, Appellants' Counsel, Richie & Gueringer, P.C. hereby requests the Court to grant its Motion for Leave to Withdraw as Counsel of Record for Appellants.

## CERTIFICATE OF CONFERENCE

Counsel for Appellees has attempted to confer with counsel for Appellant on this motion but was not able to reach Appellant's counsel before its filing. However, Appellant's counsel was not opposed to the filing of the initial motion and for that reason counsel for Appellee does not believe there will be opposition from Appellant's counsel.

4

**RICHIE & GUERINGER, P.C.**

By:  */s/ Gay Gueringer*
GAY GUERINGER
State Bar No. 08571400
KATHERINE J. WALTERS
State Bar No. 00785174
112 East Pecan Street, Suite 1420
San Antonio, Texas 78205
Telephone:  210-220-1080
Facsimile: 210-220-1088
Email: ggueringer@rg-sanantonio.com
Email: kwalters@rg-austin.com
**ATTORNEYS FOR APPELLEES**


## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a copy of the foregoing was served in compliance with Texas Rule of Appellate Procedure 6.5 and 9.5 on September 4, 2015, as follows:

Sent via Electronic Service and Facsimile to Appellant's Counsel:

Ms. JoAnn Storey
JoAnn Storey, P.C.
1005 Heights Boulevard
Houston, Texas 77008


Sent to Appellees Via Certified Mail/Return Receipt Requested and First Class Mail (and email) as follows:

Mr. William P. Riddick
P.O. Box 12430
San Antonio, Texas  78212
(CM/RRR Receipt No. 7015 0640 0003 1631 0544)
Email:  viejoriddick@gmail.com

Beneficiaries under the Wm P. Riddick – 76 Trusts, Cynthia Riddick Marmolejo 76 Trust, Patricia Swann Riddick 76 Trust, William McDonald Riddick 76 Trust, and Warren Pretlow Riddick 76 Trust
P.O. Box 12430
San Antonio, Texas 78212
(CM/RRR Receipt No. 7015 0640 0003 1631 0551)

Cynthia Riddick Marmolejo
230 Country Lane
San Antonio, Texas 78209-2230
(CM/RRR Receipt No. 7015 0640 0003 1631 0568)
Email: cmarmolejo@satx.rr.com

Patricia Riddick Nathan (f/k/a Patricia Swann Riddick)
402 N Weston Ln
Austin, Texas 78733-4214
(CM/RRR Receipt No. 7015 0640 0003 1631 0575)
Email: nathantica@gmail.com

William McDonald Riddick
2023 Elm Shadow
San Antonio, Texas 78230
(CM/RRR Receipt No. 7015 0640 0003 1631 0582)
Email: mac@riddick-rental-properties.com

Warren Pretlow Riddick
3413 Bryn Mawr Dr
Dallas, Texas 75225
(CM/RRR Receipt No. 7015 0640 0003 1631 0599)
Email: priddick@criteriondp.com

*/s/ Gay Gueringer*
Gay Gueringer / Katherine J. Walters

6